

NORTH CAROLINA WESTERN
MEMORANDUM

Date: 9/22/2014 12:14:00 PM
To: The Honorable Robert J. Conrad Jr., United States District Court Judge
CC:
From: John T. Holiday U.S. Probation Officer
Subject: Germaine Robinson Docket # 311CR00247 Request for Permission to Travel

---

This is in reference to the above named individual, who was convicted on 2/20/2002 of Possession with Intent to Distribute 50 grams or more of Crack Cocaine and sentenced to 168 months imprisonment to be followed by 5 years supervised release in the Eastern District of North Carolina. Transfer of Jurisdiction was obtained by the Western District of North Carolina on 7/25/2011. Special Conditions include: Fine: $5000.00 (Balance: $2,221.62) Special assessment: $100.00 (PAID).

Mr. Robinson has requested permission to travel to Nassau, Bahamas on a cruise for his anniversary. Mr. Robinson would like to depart 09/26/2014 and return 09/29/2014. Mr. Robinson has provided all the pertinent documentation regarding travel dates and cruise itinerary. Mr. Robinson began his supervision on 11/22/2010 and has been full time employed since his release. He is also current with his payments towards his fine and resides at a stable residence. The defendant has also remained illicit drug free since his release and has been compliant with all the requests of this officer to date. Mr. Robinson advised this officer of the trip on 9/16/2014 and did not realize he needed the Court's approval to travel on a cruise. This officer advised Mr. Robinson that this was relatively short notice, but I would send the request to Your Honor on his behalf. Based on the Mr. Walker's compliance at this time, it is respectfully recommended that his request be granted at this time contingent upon his continued compliance.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact me at 704-578-3475.

( x ) Permission to travel approved contingent upon continued compliance
( ) Permission to travel denied
( ) Other

Signed: September 24, 2014

Robert J. Conrad, Jr.
United States District Judge